1  JENNIFER LEE TAYLOR (SBN 161368)
   jtaylor@mofo.com
2  SABRINA LARSON (SBN 291661)
   slarson@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA 94105
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  KATHIANA AURELIEN (SBN 299902)
   kaurelien@mofo.com
7  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
8  Los Angeles, CA 90017
   Telephone: 213) 892-5200
9  Facsimile: (213) 892-5454

10 Attorneys for Plaintiff and Counterdefendant
   UPTIME ENERGY INC.

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UPTIME ENERGY INC., | Case No. 2:17-cv-04396-JFW-JC |
| Plaintiff, | |
| v. | **PLAINTIFF UPTIME ENERGY INC.'S PRELIMINARY INJUNCTION ORDER** |
| UP ENERGY DRINKS LLC, CHRISTIAN GUZMAN, MAX V. CLEMONS, and TREY J. STEIGER, | The Hon. John F. Walter |
| Defendants. | |
| UP ENERGY DRINKS, LLC, CHRISTIAN GUZMAN, MAX V. CLEMONS, and TREY STEIGER, | |
| Counterclaimants, | |
| v. | |
| UPTIME ENERGY INC., | |
| Counterdefendant. | |

la-1366574

PLAINTIFF'S PRELIMINARY INJUNCTION ORDER

Pursuant to the Court's November 16, 2017 Order, Plaintiff Uptime Energy Inc. hereby submits this [Proposed] Preliminary Injunction Order.

IT IS HEREBY ORDERED THAT:

(1) Plaintiff's Motion for Preliminary Injunction is denied in part and granted in part. The Court denies Plaintiff's motion to enjoin Defendants from using UP as a trademark for an energy drink for the reasons set forth in the Court's Order of November 16, 2017 and grants the motion with respect to the UPTIME Trade Dress and any trade dress that is confusingly similar to the UPTIME Trade Dress. The Court orders Plaintiff to submit a bond of $50,000 within two days of entry of this Order

IT IS FURTHER ORDERED THAT:

(2) Until the conclusion of a trial in this litigation or further order of the Court, Defendants, their partners, officers, directors, employees, agents, and representatives, and all persons, firms and corporations in active concert or participation with any of them, are immediately enjoined from using in any manner the UPTIME Trade Dress, defined as (1) a black or white background with minimal text; (2) a centered logo with an upward pointing arrow; (3) a screw top; and (4) a round bottle with a "shoulder" that is relatively high with a very slight curve to meet the neck, or any trade dress that is confusingly similar to the UPTIME Trade Dress, including, but not limited to:

(a) The white bottle that Defendants used for their UP energy drinks starting in or about May 2017;

(b) The UP trademark with any predominantly white or black bottle;

(c) Any advertisements or other promotional materials featuring any trade dress that is confusingly similar to the UPTIME Trade Dress, such as the bottles specifically identified in points (2)(a) and (b) above, including but not limited to displays on websites and posts on mobile applications or social media; and

(d) Any YouTube or other online videos featuring any trade dress that is confusingly similar to the UPTIME Trade Dress, such as the bottles specifically identified in points (2)(a) and (b) above.

(3) Until the conclusion of a trial in this litigation or further order of the Court, Defendants, their partners, officers, directors, employees, agents, and representatives, and all persons, firms and corporations in active concert or participation with any of them are further ordered to immediately remove or delete from any website or social media account that any of them control, including postings on third-party mobile applications such as Instagram, all postings that include a photograph, drawing, or other depiction of the white bottle that Defendants used for their UP energy drinks starting in or about May 2017 or bottle that is confusingly similar to the UPTIME Trade Dress, such as the bottles specifically identified in points (2)(a) and (b) above.

(4) Until the conclusion of a trial in this litigation or further order of the Court, Defendants, their partners, officers, directors, employees, agents, and representatives, and all persons, firms and corporations in active concert or participation with any of them are further ordered to immediately remove any YouTube or other online videos that any of them posted that include a photograph, drawing, or other depiction of the white bottle that Defendants used for their UP energy drinks starting in or about May 2017 or bottle that is confusingly similar to the UPTIME Trade Dress, such as the bottles specifically identified in points (2)(a) and (b) above.

(5) Defendants are directed to file with this Court and serve upon Plaintiff within thirty (30) days after entry of this Order a single report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction, as set forth above.

**IT IS SO ORDERED.**

Dated: December 5, 2017

_____
Honorable John F. Walter
UNITED STATES DISTRICT JUDGE